IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03286-RPM

CARMEL BELO,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

___

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

___

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: September 16th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
.                             Richard P. Matsch, Senior District Judge