IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03286-RPM

CARMEL BELO,

      Plaintiff,

v.

TARGET CORPORATION,

      Defendant.

_____

ORDER GRANTING EXTENSION OF DISCOVERY CUTOFF AND RELATED DEADLINES
_____

Upon consideration of the joint motion for extension of the discovery cutoff and related deadlines [20], filed September 30, 2013, it is

ORDERED that an extension of the remaining case management deadlines is granted as follows:

    a. The discovery cut-off date is extended to March 31, 2014.

    b. The parties shall designate all contradicting experts and provide all information specified in Fed.R.Civ.P. 26(a)(2) on or before **January 31, 2014.**

    c. The parties shall exchange rebuttal opinions on or before **February 21, 2014**.

DATED:   September 30th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge