IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-03286  -  RPM - MEH

CARMEL BELO,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter, having come before this Court on the parties' Stipulated Motion to Dismiss with Prejudice, and the Court being adequately advised,

Orders that this matter be and hereby is dismissed with prejudice, each party to bear their own costs and expenses.

Dated:  November 22, 2013.

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior District Judge